UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JULIE A. EKLUND, | Civil No. 3:09-cv-5590-RBL-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has been contacted, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including February 18, 2010, to file Defendant's Answer.

DATED this 21st day of January, 2010.

Karen L. Strombom
United States Magistrate Judge

Page 1      ORDER - [3:09-cv-5590-RBL-KLS]

1  Presented by:

2  s/ Stephanie R. Martz
3  STEPHANIE MARTZ          WSB # 28636
   Special Assistant U.S. Attorney
4  Office of the General Counsel
   Social Security Administration
5  701 Fifth Avenue, Suite 2900 MS/901
   Seattle, Washington 98104-7075
6  Telephone: (206) 615-2272
   FAX: (206) 615-2531
7  stephanie.martz@ssa.gov