UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JULIE A. EKLUND, | Civil No. 3:09-CV-5590-RBL-KLS |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will offer Plaintiff the opportunity for a de novo hearing. In addition, the ALJ will further evaluate Plaintiff's mental limitations with regard to the period prior to October 1, 2004. The ALJ will give further consideration to the opinion evidence relating to Plaintiff's mental impairment. As necessary, the ALJ will obtain supplemental evidence from a vocational expert.

Page 1     ORDER - [3:09-CV-5590-RBL-KLS]

The ALJ and Plaintiff may also raise and pursue additional issues, including any discussed in Plaintiff's brief.

Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of May, 2010.

　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE


Presented By:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ    WSB #28636
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2272
FAX: (206) 615-2531
stephanie.martz@ssa.gov