United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JULIE A. EKLUND, | ) |
| | ) Civil No. 09-CV-5590-RBL |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, EXPENSES AND |
| vs. | ) COSTS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,028.76, costs in the amount of $34.20 for photocopies, and expenses in the amount of $44.51 for postage, fax, and long distance calls pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2142 and 28 U.S.C. §1920. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, _ U.S. _ (2010), payment of this award shall be made via check sent to Elie Halpern's address: Halpern & Oliver, PLLC, 1800 Cooper Pt. Road SW, Bldg. #19, Olympia, WA 98502.

[PROPOSED] ORDER FOR EAJA FEES, EXPENSES AND COSTS
[Civil No: 09-CV-5590-RBL] - Page 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1   DATED this 30th day of July, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN_____
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

[PROPOSED] ORDER FOR EAJA FEES, EXPENSES AND COSTS
[Civil No: 09-CV-5590-RBL] - Page 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055